IN RE: PACIFIC ETHANOL HOLDING CO. LLC,

        Debtor(s).

Chapter 11
Case No. 09-11713 (KG)
Jointly Administered

PACIFIC ETHANOL HOLDING CO. LLC,
PACIFIC ETHANOL MADERA LLC,
PACIFIC ETHANOL COLUMBIA, LLC,
PACIFIC ETHANOL STOCKTON LLC, and
PACIFIC ETHANOL MAGIC VALLEY, LLC

        Plaintiffs,

-against-

Delta-T Corporation,

        Defendant.

Adv. Pro. No. 09-51451-KG

## <u>MEDIATOR'S CERTIFICATE OF COMPLETION</u>

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated <u>August 6, 2009</u>, the undersigned mediator reports that the mediation was completed on <u>September 10, 2009</u> and resolved in the following manner (*complete applicable provisions*):

    (a) The following individuals were present:
        (1) Parties (name and capacity) -
            John Miller, Chief Operating Officer of each Debtor
            Christopher W. Wright, Esq. VP and General Counsel of each Debtor
            Dave Hughes, VP-Projects of Delta-T Corporation
            John Hopkins General Counsel of Delta-T Corporation

        (2) Counsel (name and party representing) -
            Richard Kanowitz of Cooley Godward Kronish representing the Debtors
            Jerrell Williams of Vandeventer Black representing Delta-T Corporation
            John Hutchinson of Sidley Austin and Bob Brady of Young Conaway
            representing the prepetition lenders
            Edward Fox of KL Gates representing the Creditors' Committee

    (b) The following parties failed to appear and/or participate as ordered:
        N/A

6506217.1

(c) The outcome of the mediation conference was:

    ____   The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

    _X_   The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

    ____   The following issues remain for this court to resolve:

    ____   The matter has not been resolved and should proceed to trial.

OTHER:

Dated: September 15, 2009

_____
Signature of Mediator

Name of Mediator: James Gadsden
Mailing Address: 2 Wall Street
City, State, Zip Code  New York, NY 10005
Phone No.  212-238-8607
cc: Counsel of Record
Pro Se Parties

(9-24-04)