**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------
|  | ) | Case No. 09-11713 (KG) |
| In re: | ) | |
|  | ) | |
| PACIFIC ETHANOL HOLDING CO. LLC, | ) | Chapter 11 |
| et al., | ) | Jointly Administered |
|  | ) | |
| Debtors.[1] | ) | |
|  | ) | |
---------------------------------------------

**NOTICE OF *AMENDED*[2] AGENDA MATTERS SCHEDULED FOR HEARING**
**ON APRIL 23, 2010 AT 3:00 P.M. (PREVAILING EASTERN TIME)**
**BEFORE THE HON. KEVIN GROSS AT THE UNITED**
**STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**
**824 MARKET STREET, COURTROOM 3, 6TH FLOOR**
**WILMINGTON, DELAWARE 19801 [RE: DOCKET NO. 549]**

## I.     CONTESTED MATTER GOING FORWARD

1.     Motion of Debtors for an Order Approving (A) The Disclosure Statement, (B) Notice of Disclosure Statement Hearing (C) Contents of Solicitation Packages, (D) Procedures for the Distribution of Solicitation Packages and the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization, and (E) Certain Related Relief [Filed 3/30/10, D.I. 504]

Response Deadline:

April 16, 2010 at 4:00 p.m.

Related Documents:

(a)     Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Debtors' Joint Plan of Reorganization [Filed 3/26/10, D.I. 501]

---

[1]     The Debtors consist of: Pacific Ethanol Holding Co. LLC (EIN: XX-XXX6981); Pacific Ethanol Madera LLC (EIN: XX-XXX3339); Pacific Ethanol Columbia, LLC (EIN: XX-XXX9392); Pacific Ethanol Stockton LLC (EIN: XX-XXX8349); Pacific Ethanol Magic Valley, LLC (EIN: XX-XXX7391). Pacific Ethanol Holding Co. LLC is the sole member of each of the other Debtors. The mailing address for Pacific Ethanol Holding Co. LLC is 400 Capitol Mall, Suite 2060, Sacramento, CA 95814.

[2]     **Amended items appear in bold.**

(b)      Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed 3/26/10, D.I. 502]

(c)      Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed 3/26/10, D.I. 503]

(d)      Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed 4/16/10, D.I. 541]

(e)      [Redlined] Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed 4/16/10, D.I. 542]

(f)      Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed 4/16/10, D.I. 543]

(g)      [Redlined] Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed 4/16/10, D.I. 544]

**(h)      Notice of Filing of Revised Proposed Order Approving (A) The Disclosure Statement, (B) Notice of Disclosure Statement Hearing (C) Contents of Solicitation Packages, (D) Procedures for the Distribution of Solicitation Packages and the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint Plan of Reorganization and (E) Certain Related Relief [Filed 4/22/10, D.I. 553]**

**(i)      Notice of Filing of Revised Ballots for Accepting or Rejecting the Debtors' Amended Joint Plan of Reorganization [Filed 4/22/10, D.I. 554]**

**(j)      Notice of Filing of Exhibit III to the Disclosure Statement for Debtor's Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code [Filed 4/22/10, D.I. 5555]**

<u>Response(s) Received</u>:

(a)      Response of the Official Committee of Unsecured Creditors to Motion of Debtors for an Order Approving (A) the Disclosure Statement, (B) Notice of Disclosure Statement Hearing, (C) Contents of Solicitation Packages, (D) Procedures for the Distribution of Solicitation Packages and the Solicitation and Tabulation of Votes to Accept or Reject the Debtors Joint Plan of Reorganization, and (E) Certain Related Relief [Filed 4/16/10, D.I. 545]

Status:

This matter is going forward.

## II.     FEE APPLICATIONS

2.     Second Interim Fee Applications K&L Gates LLP and Arlow Scouler for the Period from August 1, 2009 through January 31, 2010

Response Deadline:

See Exhibit A (Extended as to WestLB AG until April 21, 2010 at 4:00 p.m.)

Related Documents:

See Exhibit A

Response Received:

None as of this date and time.

Status:

The Parties are negotiating a form of order for submission to the Court at the hearing.

Dated: Wilmington, Delaware
April 22, 2010

**POTTER ANDERSON & CORROON LLP**

_____

Steven M. Yoder (DE Bar No. 3885)
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Wolfe (DE Bar No. 4164)
Hercules Plaza, Sixth Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

*Co-Counsel for Debtor and Debtor in Possession*

-and-

**COOLEY GODWARD KRONISH LLP**
Lawrence C. Gottlieb (admitted *pro hac vice*)
Richard Kanowitz (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Counsel for Debtor and Debtor in Possession*

**PACIFIC ETHANOL HOLDING CO. LLC, *ET AL*. CASE NO. 09-11713 (KG)**
**INDEX OF FEE APPLICATIONS FOR SECOND INTERIM APPROVAL**
**(AUGUST 1, 2009 THROUGH JANUARY 31, 2010)**
**HEARING: APRIL 23, 2010 AT 3:00 P.M. (EST)**

## NOTICES

Notice of Second Interim Fee Applications of K&L Gates LLP, as Counsel to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.* for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2009 through January 31, 2010 [Filed 4/12/10, D. I. 530]

Notice of Second Interim Fee Applications of Arlow Scouler, as Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.* for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2009 through January 31, 2010 [Filed 4/12/10, D. I. 531]

## ORDER

[Signed] Order Granting Motion for Expedited Consideration and Shortened Objection Period for Second Interim Fee Application of K&L Gates LLP, as Counsel, and Arlow Scouler, as Financial Advisor, to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co. LLC., *et al.* [Entered 4/9/10, D. I. 528]

## K&L GATES LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

1.  Second Interim Fee Application of K&L Gates LLP, as Counsel to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC., *et al.* for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2009 Through January 31, 2010 [Filed 4/9/10, D.I. 525]

*Response Deadline: April 20, 2010 at 4:00 p.m. (EST)*

A.  Second Monthly Application of K&L Gates LLP, as Counsel to the Official Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC, *et al.* for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of August 1, 2009 through August 31, 2009 [Filed 9/16/09, D.I. 238]

B.  Notice of Second Monthly Application of K&L Gates LLP, as Counsel to the Official Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC, *et al.* for Compensation for Services Rendered and Reimbursement of Expenses

Incurred for the Period of August 1, 2009 through August 31, 2009
[Filed 9/16/09, D.I. 239]

C. Certification of No Objection re: Docket Nos. 238 and 239
[Filed 10/8/09, D.I. 282]

D. Third Monthly Application of K&L Gates LLP, as Counsel to the Official
Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC, *et al.*
for Compensation for Services Rendered and Reimbursement of Expenses
Incurred for the Period of September 1, 2009 through September 30, 2009
[Filed 10/16/09, D.I. 289]

E. Notice of Third Monthly Application of K&L Gates LLP, as Counsel to the
Official Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC,
*et al.* for Compensation for Services Rendered and Reimbursement of Expenses
Incurred for the Period of September 1, 2009 through September 30, 2009
[Filed 10/16/09, D.I. 290]

F. Certification of No Objection re: Docket Nos. 289 and 290
[Filed 11/9/09, D.I. 324]

G. Fourth Monthly K&L Gates LLP, as Counsel to the Official Committee of
Unsecured Creditors Of Pacific Ethanol Holding Co., LLC, *et al.* for
Compensation for Services Rendered and Reimbursement of Expenses Incurred
for the Period of October 1, 2009 through October 31, 2009
[Filed 11/16/09, D.I. 332]

H. Notice of Fourth Monthly Application of K&L Gates LLP, as Counsel to the
Official Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC,
*et al.* for Compensation for Services Rendered and Reimbursement of Expenses
Incurred for the Period of October 1, 2009 through October 31, 2009
[Filed 11/16/09, D.I. 333]

I. Certification of No Objection re: Docket Nos. 332 and 333
[Filed 4/7/10, D.I. 515]

J. Fifth Monthly Application of K&L Gates LLP, as Counsel to the Official
Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC, *et al.*
for Compensation for Services Rendered and Reimbursement of Expenses
Incurred for the Period of November 1, 2009 through November 30, 2009
[Filed 12/14/09, D.I. 364]

K. Notice of Fifth Monthly Application of K&L Gates LLP, as Counsel to the
Official Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC,
*et al.* for Compensation for Services Rendered and Reimbursement of Expenses

Incurred for the Period of November 1, 2009 through November 30, 2009
[Filed 12/14/09, D.I. 365]

L.      Certification of No Objection re: Docket Nos. 364 and 365
        [Filed 4/7/10, D.I. 516]

M.      Sixth Monthly Application of K&L Gates LLP, as Counsel to the Official
        Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC, *et al.*
        for Compensation for Services Rendered and Reimbursement of Expenses
        Incurred for the Period of December 1, 2009 through December 31, 2009
        [Filed 1/15/10, D.I. 394]

N.      Notice of Sixth Monthly Application of K&L Gates LLP, as Counsel to the
        Official Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC,
        *et al.* for Compensation for Services Rendered and Reimbursement of Expenses
        Incurred for the Period of December 1, 2009 through December 31, 2009
        [Filed 1/15/10, D.I. 395]

O.      Certification of No Objection re: Docket Nos. 394 and 395
        [Filed 4/7/10, D.I. 517]

P.      Seventh Monthly Application of K&L Gates LLP, as Counsel to the Official
        Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC, *et al.*
        for Compensation for Services Rendered and Reimbursement of Expenses
        Incurred for the Period of January 1, 2010 through January 31, 2010
        [Filed 2/16/10, D.I. 440]

Q.      Notice of Seventh Monthly Application (K&L Gates LLP, as Counsel to the
        Official Committee of Unsecured Creditors Of Pacific Ethanol Holding Co., LLC,
        *et al.* for Compensation for Services Rendered and Reimbursement of Expenses
        Incurred for the Period of January 1, 2010 through January 31, 2010
        [Filed 2/16/10, D.I. 441]

R.      Certification of No Objection re: Docket Nos. 440 and 441
        [Filed 4/7/10, D.I. 518]

## ARLOW SCOULER, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

2.  Second Interim Fee Application of Arlow Scouler, as Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC., *et al*. for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2009 Through January 31, 2010 [Filed 4/9/10, D.I. 526]

*Response Deadline: April 20, 2010 at 4:00 p.m.*

   A.  Second Monthly Application of Arlow Scouler, as Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al*. for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of August 1, 2009 Through August 31, 2009 [Filed 9/16/09, D.I. 240]

   B.  Notice of Second Monthly Application of Arlow Scouler, as Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al*. for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of August 1, 2009 Through August 31, 2009 [Filed 9/16/09, D.I. 241]

   C.  Certification of No Objection re: Docket Nos. 240 and 241 [Filed 10/8/09, D.I. 281]

   D.  Third Monthly Application of Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 1, 2009 through September 30, 2009 [Filed 10/16/09, D.I. 291]

   E.  Notice of Third Monthly Application of Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of September 1, 2009 through September 30, 2009 [Filed 10/16/09, D.I. 292]

   F.  Certification of No Objection re: Docket Nos. 291 and 292 [Filed 11/9/09, D.I. 325]

   G.  Fourth Monthly Application of Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of October 1, 2009 through October 31, 2009 [Filed 11/16/09, D.I. 330]

H.    Notice of Fourth Monthly Application of Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of October 1, 2009 through October 31, 2009 [Filed 11/16/09, D.I. 331]

I.    Certification of No Objection re: Docket Nos. 330 and 331 [Filed 4/7/10, D.I. 519]

J.    Fifth Monthly Application of Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of November 1, 2009 through November 30, 2009 [Filed 12/15/09, D.I. 369]

K.    Notice of Fifth Monthly Application Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of November 1, 2009 through November 30, 2009 [Filed 12/15/09, D.I. 370]

L.    Certification of No Objection re: Docket Nos. 369 and 370 [Filed 4/7/10, D.I. 520]

M.    Sixth Monthly Fee Application of Arlow Scouler, as Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2009 through December 31, 2009 [Filed 1/25/10, D.I. 405]

N.    Notice of Sixth Monthly Application of Arlow Scouler, as Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2009 through December 31, 2009 [Filed 1/25/10, D.I. 406]

O.    Certification of No Objection re: Docket Nos. 405 and 406 [Filed 4/7/10, D.I. 521]

P.    Seventh Monthly Application of Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of January 1, 2010 through January 31, 2010 [Filed 2/19/10, D.I. 447]

Q. Notice of Seventh Monthly Application of Arlow Scouler, As Financial Advisor to the Official Committee of Unsecured Creditors of Pacific Ethanol Holding Co., LLC, *et al.*, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of January 1, 2010 through January 31, 2010 [Filed 2/19/10, D.I. 448]

R. Certification of No Objection re: Docket Nos. 447 and 448 [Filed 4/7/10, D.I. 522]