UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PACIFIC ETHANOL HOLDING CO. LLC, *et al.*, <br><br> Debtors. | Case No. 09-11713 (KG) <br><br> Chapter 11 <br><br> *Jointly Administered* <br><br> **RE: Docket No. 604** |

**NOTICE OF ENTRY OF ORDER CONFIRMING
DEBTORS' AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE AND EFFECTIVE DATE THEREOF**

TO ALL CREDITORS AND PARTIES IN INTEREST, PLEASE TAKE NOTICE that:

1. <u>Confirmation Order</u>: By order dated and entered June 8, 2010, the Honorable Kevin Gross, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, confirmed the Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "<u>Plan</u>").[1] To receive a copy of the Confirmation Order or the Plan, you may (a) visit the website of the Debtors' balloting agent, Epiq Bankruptcy Solutions, LLC ("<u>Epiq</u>"): http://chapter11.epiqsystems.com, (b) contact Epiq by calling (866) 897-6437, or (c) visit the Bankruptcy Court's website: www.deb.uscourts.gov. In addition, copies of these documents are on file with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware, 19801.

2. <u>Effective Date</u>: The Plan's Effective Date occurred on June 29, 2010. Thus, the Debtors have emerged from bankruptcy as of June 29, 2010.

3. <u>Administrative Expense Claims – Bar Date</u>: Pursuant to the Confirmation Order, the bar date for Administrative Expense Claims is July 30, 2010. Holders of asserted Administrative Expense Claims (other than requests for payment of Professional Compensation and Reimbursement Claims or United States Trustee fees) accrued on or after September 1, 2009, must submit proofs of Administrative Expense Claims on or before July 30, 2010. All proofs of Administrative Expense Claims must be filed at one of the following addresses:

   <u>If by First-Class Mail</u>:

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan and/or the Plan Supplement.

-1-

Epiq Bankruptcy Solutions, LLC
Re: Pacific Ethanol Holding Co. LLC, et al.
Grand Central Station - PO Box 4613
New York, NY 10163-4613

If by Hand Delivery or Overnight Mail:

Epiq Bankruptcy Solutions, LLC
Re: Pacific Ethanol Holding Co. LLC, et al.
757 Third Ave., 3rd Floor
New York, NY 10017

**FAILURE TO FILE AND SERVE SUCH PROOF OF ADMINISTRATIVE EXPENSE CLAIM TIMELY AND PROPERLY SHALL RESULT IN THE ADMINISTRATIVE EXPENSE CLAIM BEING FOREVER BARRED AND DISCHARGED.**

4. Professional Compensation and Reimbursement Claims: Each Professional who holds or asserts a Professional Compensation and Reimbursement Claim, other than ordinary course professionals retained by the Debtors pursuant to an order(s) of the Bankruptcy Court, shall be required to file with the Bankruptcy Court, and serve on all parties required to receive notice, a final fee application within ninety (90) days after the Effective Date. Accordingly, all final fee applications must be filed and served on or before September 27, 2010. **FAILURE TO FILE AND SERVE SUCH FINAL FEE APPLICATION TIMELY AND PROPERLY SHALL RESULT IN THE PROFESSIONAL COMPENSATION AND REIMBURSEMENT CLAIM BEING FOREVER BARRED AND DISCHARGED.**

5. Rejection of Contacts: The Plan provides for the rejection of all prepetition executory contracts and unexpired leases not previously assumed and assigned or rejected by the Debtors, except for those set forth on any schedule to the Plan. If the rejection of an executory contract or unexpired lease pursuant to the Plan gives rise to a Rejection Claim by the other party or parties to such contract or lease, such Rejection Claim must be filed and served, pursuant to the procedures specified in the Confirmation Order, on or before July 30, 2010. All Rejection Claims must be filed at one of the following addresses:

If by First-Class Mail:

Epiq Bankruptcy Solutions, LLC
Re: Pacific Ethanol Holding Co. LLC, et al.
Grand Central Station - PO Box 4613
New York, NY 10163-4613

If by Hand Delivery or Overnight Mail:

Epiq Bankruptcy Solutions, LLC
Re: Pacific Ethanol Holding Co. LLC, et al.
757 Third Ave., 3rd Floor
New York, NY 10017

**ANY REJECTION CLAIMS NOT FILED BY SUCH DATE ARE FOREVER BARRED FROM RECEIVING A DISTRIBUTION FROM THE DEBTORS, THE REORGANIZED DEBTORS OR THE ESTATES.**

Dated: June 30, 2010
Wilmington, Delaware

Respectfully Submitted,

**POTTER ANDERSON & CORROON LLP**
Steven M. Yoder (DE Bar No. 3885)
Jeremy W. Ryan (DE Bar No. 4057)
Etta R. Wolfe (DE Bar No. 4164)
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, Delaware 19899
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-AND-

**COOLEY LLP**
Lawrence C. Gottlieb (LB 2565)
Richard S. Kanowitz (RK 0677)
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

*Counsel for Reorganized Debtors*